IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, | : |
| Plaintiff, | : |
| v. | : |
| UNITED STATES POSTAL SERVICE and MEGAN J. BRENNAN, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, | : CIVIL ACTION NO. 19-5885 (JFL) |
| Defendants. | : |

## STIPULATION REGARDING TIME TO FILE MOTION TO PROCEED ANONYMOUSLY

Pursuant to Local Rule 7.4 and the Court's policies and procedures, plaintiff and defendants, through their respective counsel, hereby stipulate and agree as follows:

1. On Friday, February 28, 2020, counsel for plaintiff advised counsel for defendants that he anticipated filing, on that date, a motion to proceed anonymously together with a first amended complaint.

2. The deadline for filing the first amended complaint is February 28, 2020, and the parties agree that plaiutiff will file his first amended complaint on February 28, 2020, using the pseudonym John Doe.

3. The Court's initial procedural order (ECF 3) requires a discussion between counsel of the substance of any contemplated motion at least five days before the motion is filed. *See also* ECF 4 (requiring compliance with initial procedural order before refiling motion to proceed anonymously).

4. Counsel for the parties anticipate discussing the motion to proceed anonymously on Tuesday, March 3, 2020.

5.  The parties agree that plaintiff's time for filing his motion to proceed anonymously is extended to March 9, 2020.

6.  Pursuant to Local Civil Rule 5.1.2, connsel for the parties consent to the submission of this stipulation with their electronic signatures below.

/s/ *Justin F. Robinette*
JUSTIN F. ROBINETTE
The Law Offices Of Eric A. Shore, P.C.
Two Penn Center
1500 JFK Boulevard, Suite 1240
Philadelphia, PA 19102
Tel: (215) 944-6121
Fax: (215) 944-6124
Email: JustinR@EricShore.com

*Counsel for Plaintiff*

/s/ *Rebecca S. Melley*
REBECCA S. MELLEY
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215) 861-8328
Fax: (215) 861-8618
Email: rebecca.melley@usdoj.gov

*Counsel for Defendants*

SO ORDERED:

_____
HONORABLE JOSEPH F. LEESON, JR.
*Judge, United States District Court*
March 3, 2020