UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| JOHN DOE, : | |
|             Plaintiff, : | |
| : | |
|        v. : | No. 5:19-cv-5885 |
| : | |
| MEGAN J. BRENNAN, : | |
| POSTMASETER GENERAL, USPS, : | |
| QUIANA REID, in her individual capacity, : | |
| and UNKNOWN DEFENDANT NUMBER : | |
| 1, : | |
|            Defendants. : | |

_____

**O R D E R**

**AND NOW**, this 27th day of April, 2020, upon consideration of Plaintiff's motion to proceed in this action anonymously, *see* ECF No. 14, and Defendants' response thereto, *see* ECF No. 15, and for the reasons set forth in the Opinion issued on this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion to proceed anonymously in this action under the pseudonym "John Doe," ECF No. 14, is **GRANTED, on a conditional basis.**
2. Defendants shall retain the ability to challenge the grant of anonymity at a later date should they have a good faith basis to do so. Similarly, the Court retains the ability to re-examine the issue on a *sua sponte* basis.
3. Plaintiff shall be permitted to redact his address from the Amended Complaint and all future filings.
4. This Order shall not prevent Defendants from conducting the deposition of Plaintiff using his actual name.[1]

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] The Court declines, at the moment, to address the issue of how trial shall proceed in this case with respect to use of Plaintiff's actual name and defers any determination on this subject to a later date.