IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>LOUIS DeJOY, *et al.*,<br><br>    Defendants. | CIVIL ACTION NO. 19-5885 (JFL) |

### DEFENDANT QIANA REID'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT[1]

Defendant Qiana Reid, by and through her counsel, William M. McSwain, United States Attorney for the Eastern District of Pennsylvania, and Rebecca S. Melley, Assistant United States Attorney for the district, hereby moves the Court pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss with prejudice all claims asserted against her in plaintiff John Doe's First Amended Complaint. The reasons for the motion are set forth in the attached memorandum of law.

On June 19, 2020, in accordance with the Court's Initial Procedural Order (ECF 3), the undersigned emailed Doe's counsel, setting out the bases for this motion and inviting a conversation about them. Doe's counsel has not responded.

---

[1] On June 15, 2020, Louis DeJoy succeeded Megan J. Brennan as Postmaster General. Pursuant to Federal Rule of Civil Procedure 25(d), DeJoy, as Brennan's successor, is automatically substituted as a defendant to this action.

        Respectfully submitted,

        WILLIAM M. McSWAIN
        United States Attorney

        /s/*Susan R. Becker* for
        GREGORY B. DAVID
        Assistant United States Attorney
        Chief, Civil Division

        /s/ *Rebecca S. Melley*
        REBECCA S. MELLEY
        Assistant United States Attorney
        615 Chestnut Street, Suite 1250
        Philadelphia, PA 19106
        Tel: (215) 861-8328
        Fax: (215) 861-8618
        Email: rebecca.melley@usdoj.gov

Dated: June 26, 2020