### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION NO. 19-5885 (JFL) |
| v. : | |
| : | |
| LOUIS DeJOY, *et al.*, : | |
| : | |
| Defendants. : | |

## ORDER

AND NOW, this _____ day of _____, 2020, upon consideration of defendant Qiana Reid's motion to dismiss all claims against her in plaintiff John Doe's First Amended Complaint, and any opposition thereto, it is hereby ORDERED that the motion is GRANTED for the reasons stated in Reid's memorandum of law. All claims against defendant Qiana Reid are DISMISSED with prejudice.

BY THE COURT:

_____
HONORABLE JOSEPH F. LEESON, JR.
*Judge, United States District Court*