## CERTIFICATE OF SERVICE

I certify that on this date, I caused a true and correct copy of the foregoing Defendant Qiana Reid's Motion to Dismiss Plaintiff's First Amended Complaint to be served through the Clerk of the Court's electronic filing system upon the following:

>Justin F. Robinette, Esquire
>THE LAW OFFICES OF ERIC A. SHORE, P.C.
>Two Penn Center
>1500 JFK Boulevard, Suite 1240
>Philadelphia, PA 19102
>
>*Counsel for Plaintiff*

Dated: June 26, 2020

/s/ *Rebecca S. Melley*
REBECCA S. MELLEY
Assistant United States Attorney