UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| JOHN DOE, | : | |
|           Plaintiff, | : | |
| | : | |
|    v. | : | No. 5:19-cv-5885 |
| | : | |
| MEGAN J. BRENNA, U.S. POSTMASTER | : | |
| GENERAL, UNITED STATES POSTAL | : | |
| SERVICE, *et al*., | : | |
|           Defendants. | : | |

_____

**O R D E R**

**AND NOW**, this 22nd day of July, 2020, upon consideration of (1) the Court's previous Opinion and Order permitting the plaintiff to proceed anonymously on a conditional basis, *see* ECF Nos. 17-18; (2) the absence of any information accessible to the Court that would make the plaintiff's identity known to the Court; and (3) the Court's—and only the Court's—need to be made aware of the plaintiff's identity to fulfill its ethical obligations; **IT IS HEREBY ORDERED THAT:**

Plaintiff's counsel shall, forthwith, forward to the Chambers of the undersigned an unredacted copy of the operative pleading in this matter, which shall clearly identify the plaintiff by name and address. This document will be kept secure and confidential in the Court's case file.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge