UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| JOHN DOE, | : | |
| Plaintiff, | : | |
|  | : | |
| v. | : | No. 5:19-cv-05885 |
|  | : | |
| LOUIS DEJOY, POSTMASTER GENERAL, the U.S. POSTAL SERVICE, QIANA REID, in her individual capacity, and UNKNOWN DEFENDANT NUMBER 1, in his or her individual capacity, | : | |
| Defendants. | : | |

# **O R D E R**

**AND NOW**, this 31st day of July, 2020, upon consideration of (1) the Postmaster General and USPS' motion to dismiss the Amended Complaint, *see* ECF No. 19, and (2) Qiana Reid's motion to dismiss the Amended Complaint, *see* ECF No. 23, and for the reasons set forth in the Opinion issued on this date, **IT IS HEREBY ORDERED THAT:**

1. Both Defendants' motions to dismiss, ECF Nos. 19 and 23, are **GRANTED**.

2. Claims I – IV of the Amended Complaint are **DISMISSED, with prejudice**, as to all Defendants.

3. Qiana Reid is **TERMINATED** as a Defendant in this case.

4. Claims V – X of the Amended Complaint as against USPS/the Postmaster General in his official capacity, are **DISMISSED, without prejudice**, so that Doe may exhaust his administrative remedies.

5. To the extent Claims V – X of the Amended Complaint are asserted against either the Postmaster General in his individual capacity, or "Unknown Defendant

Number 1" in his or her individual capacity, these claims are **DISMISSED, with prejudice.** These parties are **TERMINATED** as Defendants in this case.

6. The current Postmaster General Louis DeJoy is **SUBSTITUTED** for his predecessor Megan J. Brennan as a Defendant in this action.

7. This case is **CLOSED.**[1]

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] Doe may seek leave to re-open this case with the filing of a Second Amended Complaint which comports with the Court's Opinion after he properly exhausts his administrative remedies.