**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN DOE, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 5:19-cv-05885 |
| | : | |
| LOUIS DEJOY, POSTMASTER | : | |
| GENERAL, UNITED STATES POSTAL | : | |
| SERVICE, | : | |
| Defendant. | : | |

# O R D E R

**AND NOW**, this 1st day of March, 2021, upon consideration of Defendant's motion for

summary judgment, *see* ECF No. 38, and for the reasons set forth in the Opinion issued this date,

**IT IS HEREBY ORDERED AS FOLLOWS**:

1.     Defendant's motion for summary judgment, ECF No. 38, is **GRANTED**.

2.     This case is **CLOSED.**

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge